**Fill in this information to identify the case:**

Debtor name    **Recognition Concepts, Inc. d/b/a Indigo Workplace Communication**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **24-33589-7**

■ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo** | **Checking** | **8944** | $0.00 |
| 3.2. | **Wells Fargo** | **Checking** | **0909** | $18.88 |
| 3.3. | **Wells Fargo** | **Checking** | **4547** | $1,853.74 |
| 3.4. | **First Financial Bank** | **Checking** | **3824** | $12,268.66 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | $14,141.28 |

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

   7.1.  **CI DAL I-V, LLC  - Industrial Building Lease**          **$12,934.77**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.          **$12,934.77**

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

   11a. 90 days old or less:    **134,410.89**   -    **0.00**  = ....    **$134,410.89**
                    face amount          doubtful or uncollectible accounts

12.    **Total of Part 3.**

   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.       **$134,410.89**

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.    **Raw materials**

20.    **Work in progress**

| | | | | |
|---|---|---|---|---|
| **POSTERS 10-12 2024 $1,094.80 POSTERS Q4 2024  IIP $2,495.15 Q3 2024 FULFILL FREIGHT $78.75 P12 2024 MTHLY TRAIN KELLOGG PROGRAMMING $73.10 Q4 2024 MTHLY MESSAGE  KELLOGG PROGRAMMING $8.75 POSTERS DIGITALADS POSTERS $11,967.62** | 09/30/2024 | $0.00 | Tax records | $15,718.17 |

| | | | | | |
|---|---|---|---|---|---|
| 21. | **Finished goods, including goods held for resale 50 INDIGO Mosiac Awareness Center w/Header, 1015 3M Command Strips, 3 Kiosk Tablet, 524 Cable Ties, 45 Patch Cable,, 60 HDMI 3' Cable, 53 Mini Keyboard, 3 Remote Keyboard, 7 Remote Keyboard Charging Cable, 10 Remote Keyboard No Componets, 69 Lens Cloth - Cold & Warm Lead, 474 Indigo Vizual Players, 1 Touch Screen 14" Rockchip Display, 30 Surge Protector Outlet, 1 Vesa Hole Stand, 8 Wall Outlet Adapter, 5 X96 Box, 54 X96 Power Cord, 6 T-Shirts, 7 Tumblers, 355 Box Cutters, 1 Blades, 2 GPC awareness center, 20 Lunch kits, 28 Replacement Pocket for GPC AC & Memo** | 09/30/2024 | $0.00 | Recent cost | $35,674.57 |
| 22. | **Other inventory or supplies Boxes and office supplies** | 09/30/2024 | $3,957.22 | N/A | $3,957.22 |

| | | | |
|---|---|---|---|
| 23. | **Total of Part 5.** Add lines 19 through 22.  Copy the total to line 84. | | $55,349.96 |
| 24. | **Is any of the property listed in Part 5 perishable?** ■ No □ Yes | | |

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**13 Desks, 5 Credenza, 2 Cabintes, 15 Tables, 1Table & Chairs, 43 Chairs, 2 Ottamon, 7 Cubicles, 3 Refrigerator, 2 Microwaves, TV** | **$0.00** | **N/A** | **$13,110.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**4 Printers,18 Computers, 4 Macbooks, 4 Monitors,  6 Laptops, Mettler Scale, Watchguard firewall, 2 Switch potrs, Camorder, Glass Wall board, 2 Bank Up Servers, 1 New Server, 1 Tablet, Firewall, Dell,** | **$0.00** | | **$19,900.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
   Add lines 39 through 42.  Copy the total to line 86.

   | **$33,010.00** |
   |---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ☐ No
   ■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>3 Racks, 6 Ladders, 5 Fans, 6 Work Tables 2 Signs, 1 Mettler Scale, 2 Pallets Jacks, 2 Dolly, 3 Carts | $0.00 | | $11,145.00 |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$11,145.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:  Real property**

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:  Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets**<br>Indigo Vizual, Safety SMARTS, Scratch Safe, Indigo Workplace | $155,331.97 | Recent cost | $155,331.97 |
| 61.  **Internet domain names and websites** | | | |

| | | | | |
|---|---|---|---|---|
| ivplay.tv, indigovizual.co, indigovizual.io, indigovizual.net, safeemployees.co, safesolutionsinc.co, safesolutions.co.com, indigoworkplace.com, indigoworkplace.com, safeemployees.com, rcipromotions.com indigodigitalcommunication.com, indigodigitalcommunication.net, safeemployees.com, Indigovizual.com, indigoworkplace.com, indigovizual.com | $50,027.59 | Recent cost | $50,027.59 |

| 62. | **Licenses, franchises, and royalties**<br>**2 Recurring Digital Licenses** | $437,107.00 | Revenue based | $874,214.00 |
|---|---|---|---|---|

| 63. | **Customer lists, mailing lists, or other compilations**<br>**2 CUSTOMER LISTS, MAILING LISTS,**<br>**EXISTING CUSTOMERS,  RECURRING**<br>**ORDERS, ORDERS ALREADY SOLD** | $876,250.00 | Revenue based | $1,552,500.00 |
|---|---|---|---|---|

| 64. | **Other intangibles, or intellectual property**<br>**Indigo Vizual Llibrary - Panels - Published &**<br>**Full Screen & Conversion - Unpublished** | $135,839.13 | Recent cost | $252,613.50 |
|---|---|---|---|---|

| 65. | **Goodwill**<br>**IV PLATFORM, SIGN PLAYER SOFTWARE** | $1,902,002.00 | Revenue based | $850,000.00 |
|---|---|---|---|---|

| 66. | **Total of Part 10.** | | | $3,734,687.06 |
|---|---|---|---|---|

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No

☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

■ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**

Description (include name of obligor)
**Servers and 6 desktop computers used for remote access are located at our IT vendors office at Ranger Business Solutions 8131 LBJ Freeway Suite 270 Dallas, TX 75251-1311**

**0.00** - **0.00** =
Total face amount     doubtful or uncollectible amount

**$0.00**

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Possible claims against Jack Edgington, Jr. for Tortious Interference with Debtor's customers contracts and breach of fiduciary duty to Debtor**
Nature of claim

Amount requested     **$0.00**

**Unknown**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

**$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1 | $14,141.28 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $12,934.77 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $134,410.89 | |
| 83. **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $55,349.96 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $33,010.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $11,145.00 | |
| 88. **Real property.** Copy line 56, Part 9.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $3,734,687.06 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,995,678.96 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,995,678.96 |

Debtor name **Recognition Concepts, Inc. d/b/a Indigo Workplace Communication**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **24-33589-7**

■ Check if this is an amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **10/01/2023** to **9/30/2024** | ■ Operating a business<br>☐ Other _____ | **$2,812,651.27** |
   | **For year before that:**<br>From **10/01/2022** to **9/30/2023** | ■ Operating a business<br>☐ Other _____ | **$2,832,943.58** |
   | **For the fiscal year:**<br>From **10/01/2021** to **9/30/2022** | ■ Operating a business<br>☐ Other _____ | **$2,917,402.85** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Digital Documents Service**<br>**3305 Wiley Post**<br>**Carrollton, TX 75006** | 08/29/2024 | $9,942.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Diplomat Development Group Ltd**<br>**8120 Jetstar Dr Ste 150**<br>**Irving, TX 75063** | 08/01/2024<br>$13,200<br>09/16/2024<br>$4,100<br>10/015/2024<br>$1,000 | $18,300.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Rent**__ |
| 3.3. **Flexpress**<br>**dba TVG**<br>**4410 Spring Valley**<br>**Dallas, TX 75244** | 08/16/2024 | $10,754.89 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Kapitus LLC**<br>**2500 Wilson Boulevard**<br>**Suite 350**<br>**Arlington, VA 22201** | 07/22/204<br>07/23/2024<br>07/30/2024<br>08/06/2024<br>08/16/2024 | $20,530.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **Enforme Interactive, Inc.**<br>**228 N Market St**<br>**Suite 200**<br>**Frederick, MD 21701** | 07/31/2024 | $13,880.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6. **Connex Partners**<br>**249 Smith Street #194**<br>**Brooklyn, NY 11231** | 07/30/2024 | $8,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.7. **National Funding, Inc.**<br>**4380 La Jolla Village Drive**<br>**San Diego, CA 92122** | 08/05/2024<br>09/05/2024 | $2,777.56 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.8. **National Funding**<br>410 Exchanges Ste 150<br>San Diego, CA 92122 | 08/06/2024<br>08/13/2024<br>08/20/2024<br>08/27/2024<br>09/03/2024<br>09/10/2024<br>09/17/2024<br>09/24/2024<br>10/01/2024 | $22,673.07 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. **Locus Digital LLC**<br>5851 Legacy Circle<br>6th Floor<br>Plano, TX 75024 | 07/12/2024<br>07/19/2024<br>07/26/2024<br>08/02/2024<br>08/09/2024<br>08/16/2024<br>08/27/2024 | $12,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.10. **Netspend**<br>**TSYS Merchant Solutions, LLC**<br>1601 Dodge St<br>Floor 23W<br>Plano, TX 75024 | 07/30/2024<br>$34,677.14<br>09/13/2024<br>$24,408.37 | $60,085.51 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. **Portfolio Creative LLC**<br>162 S Rancho Sante Fe Rd<br>Suite E70 PMB8195<br>Encinitas, CA 92024 | 07/31/2024 | $8,634.64 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. **Fidelity Investments Institutional**<br>**Operatings Company LLC**<br>PO Box 770002<br>Cincinnati, OH 45277-0083 | 07/31/2024<br>09//13/2024<br>09/18/2024<br>10/02/2024 | $58,857.33 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__ **Employment Retirement** |
| 3.13. **Wells Fargo Equipment Finance, Inc.**<br>600 South 4th Street<br>MAC N9300-100<br>Minneapolis, MN 55415 | 07/22/2024<br>07/31/2024<br>08/15/2024<br>08/31/2024<br>09/30/2024 | $30,223.22 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.14<br>. | **Wells Fargo**<br>**PO Box 29482**<br>**Phoenix, AZ 85038-8650** | **7/15/24**<br>**177.00**<br>**7/15/24 25.00**<br>**8/2/24**<br>**2,000.00**<br>**8/2/24**<br>**10,000.00**<br>**8/5/24**<br>**2,000.00**<br>**8/13/24 25.00**<br>**9/13/24**<br>**600.00**<br>**9/16/24**<br>**333.00**<br>**9/16/24 50.00**<br>**10/15/2024**<br>**$50.00**<br>**10/15/24**<br>**$364.00** | **$15,624.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Edward Jack Edgington Jr**<br>**4440 State Hwy 121**<br>**Apt 511**<br>**The Colony, TX 75056** | **10/20/2023 -**<br>**08/23/2024** | **$55,200.00** | **Separation Agreement** |
| 4.2. | **Cathy Peyton Edgington**<br>**8120 Jetstar Dr Ste 150**<br>**Irving, TX 75063** | **12/01/23 -**<br>**02/02/2024** | **$32,422.20** | **EMPLOYEE REIMBURSEMENT OF COMPANY EXPENSES/ST LOAN** |
| 4.3. | **Diplomat Development Group Ltd**<br>**8120 Jetstar Dr Ste 150**<br>**Irving, TX 75063** | **10/23/2023 -**<br>**08/16/2024** | **$7,980.00** | **Repay Short Term Loan to cover expenses** |
| 4.4. | **Triston Edgington**<br>**11700 Luna Rd**<br>**Building 3 #12301**<br>**Dallas, TX 75234** | **10/20/203-08/**<br>**09/24** | **$45,689.72** | **Payroll** |
| 4.5. | **Tanner Edgington**<br>**11700 Luna Rd**<br>**Building 3 #12301**<br>**Dallas, TX 75234** | **10/20/2023-0**<br>**9/30/2024** | **$46,468.70** | **Compensatory Services as a Graphic Designer/Programmer** |
| 4.6. | **Diplomat Development Group Ltd**<br>**8120 Jetstar Dr Ste 150**<br>**Irving, TX 75063** | | **$129,979.37** | **Rent** |
| 4.7. | **Cathy Peyton**<br>**8120 Jetstar Dr Ste 150**<br>**Irving, TX 75063** | **11/03/2023-0**<br>**9/20/2024** | **$190,155.18** | **Compensatory Services** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|

**Part 3:**  **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

   | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|
   | 7.1. **E. Jack Edgington, Jr. V. Cathy Ellen Edgington a/k/a Cathy Peyton; Edgington Family Partners, LTD.; Recognition Concepts, Inc.; Diplomat Development Group, LTD.; and Innovative Development Group, L.L.C DC-24-06613** | **Original Petition** | **In The District of 101st Judicial District Dallas, TX** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:**  **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☐ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|
   | 9.1. **Irving Schools Foundation PO Box 152637 Irving, TX 75015** | **Office Supplies donated by employees and retired by RCI** | **09/20/2024** | **$2,000.00** |
   | **Recipients relationship to debtor None** | | | |

**Part 5:**  **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss

If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.

List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

---

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Sherman & Yaquinto, LLP 509 N. Montclair Avenue Dallas, TX 75208** | **Attorney Fees** | **09/19/2024** | **$7,662.00** |
| | Email or website address **Rob@syllp.com** | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

**Part 7:**   **Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

**Part 8:**   **Health Care Bankruptcies**

---

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Business email, cell phone, phone, address**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Simple Plan for Recognition Concepts Inc** | EIN: **75-2568074** |

Has the plan been terminated?
☐ No
■ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Advanced Drainage Systems**<br>**3455 Mill Run Dr**<br>**ATTN: John Moffit**<br>**Hilliard, OH 43026** | **8120 Jetstar Dr Ste 150**<br>**Irving, TX 75063** | **Safety Communication**<br>**Materials** | **$1,031.53** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Advanced Drainage Systems**<br>**2650 Hamilton Eaton Rd**<br>**Hamilton, OH 45012** | **8120 Jetstar Dr Ste 150**<br>**Irving, TX 75063** | **Safety Communication**<br>**Materials** | **$6,270.20** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Frito Lay**<br>**7701 E Legacy Drive**<br>**4A-341**<br>**Plano, TX 75024** | **8120 Jetstar Dr Ste 150**<br>**Irving, TX 75063** | **Safety Communication**<br>**Materials** | **$17,332.47** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Genuine Parts Company**<br>**2999 Wildwook Pkwy**<br>**Atlanta, GA 30339** | **8120 Jetstar Dr Ste 150**<br>**Irving, TX 75063** | **Safety Communication**<br>**Materials** | **$5,318.84** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **McLane Company**<br>**2085 Midway**<br>**Carrollton, TX 75006** | **8120 Jetstar Dr Ste 150**<br>**Irving, TX 75063** | **Safety Communication**<br>**Materials** | **$1,683.30** |

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**    Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Cathy Peyton Edgington (Schatzle)**<br>**8120 Jetstar Dr Ste 150**<br>**Irving, TX 75063** | **11/01/1994-Present** |
| 26a.2. | **Mike Breeze**<br>**24 Veterans Square**<br>**Media, PA 19063** | **02/24/2023 -<br>09/11/2024** |
| 26a.3. | **Bill Warrin**<br>**24 Veterans Sqaure**<br>**Media, PA 19063** | **04/01/2023 -<br>09/11/2024** |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ■ None

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Cathy Peyton Edgington (Schatzle)** 8120 Jetstar Dr Ste 150 Irving, TX 75063 | **None to my knowledge** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **First Financial Bank** PO Box 701 Abilene, TX 79601 |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. **Evie Hernandez** | **09/30/2024** | **35674.57** |
| **Name and address of the person who has possession of inventory records** | | |
| **Recognition Concepts, Inc.** 8120 Jetstar Dr Ste 150 Irving, TX 75063 | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Cathy Peyton** | **8120 Jetstar Dr Ste 150 Irving, TX 75063** | **President/VP/Sec/Treas** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Edgington Family Partners, Ltd** | **8120 Jetstar Dr Ste 150 Irving, TX 75063** | **Stockholder** | **100%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Cathy Peyton** | **8120 Jetstar Dr Ste 150 Irving, TX 75063** | **Preferred Stock** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐   No

☑   Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Edward Jack Edgington Jr**<br>**4440 State Hwy 121**<br>**Apt 511**<br>**The Colony, TX 75056** | **$55,200.00** | **10/2023-08/20 24** | **Separation Agreement** |
| | Relationship to debtor | | | |
| 30.2. | **Cathy Peyton**<br>**8120 Jetstar Dr Ste 150**<br>**Irving, TX 75063** | 222,577.38 | **10/2023-09/20 24** | **Salary, repay short term loans and business expense reimursement** |
| | Relationship to debtor | | | |
| 30.3. | **Diplomat Development Group Ltd**<br>**8120 Jetstar Dr Ste 150**<br>**Irving, TX 75063** | | **10/23/2023-08/ 16/2024** | **Short Term Loan to cover expenses** |
| | Relationship to debtor<br>**Landlord – similar owners** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑   No

☐   Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑   No

☐   Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **December 24, 2024**

**/s/ Cathy Peyton (Schatzle)**                    **Cathy Peyton (Schatzle)**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor     **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Northern District of Texas

In re **Recognition Concepts, Inc. d/b/a Indigo Workplace Communication**   Case No. **24-33589-7**

Debtor(s)   Chapter **7**

## AMENDED
## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY
## PETITION, LISTS, STATEMENTS, AND SCHEDULES

### PART I:  DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case.  I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and ***I hereby declare under penalty of perjury*** that the information provided therein, as well as the social security information disclosed in this document, is true and correct.  I understand that this Declaration is to be filed with the Bankruptcy Court within 7 days after the petition, lists, statements, and schedules have been filed electronically.  I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

■   I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date:  **December 24, 2024**   **/s/ Cathy Peyton (Schatzle)**

**Cathy Peyton (Schatzle)**, CEO

### PART II:  DECLARATION OF ATTORNEY:

I declare ***under penalty of perjury*** that:  (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date:  **December 24, 2024**   **/s/ Robert Yaquinto, Jr.**

**Robert Yaquinto, Jr. 22115750**, Attorney for Debtor
**509 N. Montclair Avenue**
**Dallas, TX 75208**
**(214) 942.5502 Fax:(214) 946.7601**